```
 1  MICHAEL H. CHURCH
 2  MELODY D. FARANCE
    EDWARD H. TURNER
 3  Stamper Rubens, P.S.
 4  720 West Boone, Suite 200
    Spokane, WA  99201
 5  Telephone: (509) 326-4800
 6  Facsimile: (509) 326-4891
 7
 8  Attorneys for Plaintiff/Judgment Creditor
```

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ADVOCARE INTERNATIONAL, L.P., a Texas limited partnership, | ) <br> ) NO. MC 10-05005 RBL <br> ) |
| Plaintiff/Judgment Creditor, | ) |
| vs. | ) JUDGMENT AND ORDER TO PAY <br> ) |
| RICHARD PAUL SCHECKENBACH, et al., | ) (CLERK'S ACTION REQUIRED) <br> ) |
| Defendants/Judgment Debtors, | ) <br> ) |
| KEY BANK, | ) <br> ) |
| Garnishee-Defendant. | ) <br> ) |

**SUMMARY OF JUDGMENT**

| | |
|---|---|
| **JUDGMENT CREDITOR:** | ADVOCARE INTERNATIONAL, L.P. |
| **GARNISHMENT JUDGMENT DEBTOR:** | RICHARD PAUL SCHECKENBACH |
| **GARNISHEE-DEFENDANT:** | KEY BANK |
| **Amount to be garnished:** | $114.23 |
| **Attorneys For Judgment Creditor:** | MICHAEL H. CHURCH <br> MELODY D. FARANCE <br> EDWARD H. TURNER |

JUDGMENT AND ORDER TO PAY: 1

IT APPEARING THAT Garnishee was indebted to Defendant in the non-exempt amount of $114.23; that at the time the Writ of Garnishment was issued Defendant was employed by or maintained a financial institution account with Garnishee, or Garnishee had in its possession or control funds, personal property, or effects of Defendant; and that Plaintiff has incurred recoverable costs and attorney fees of $319.00; now, therefore, it is hereby

ORDERED, ADJUDGED, AND DECREED that Plaintiff is awarded judgment against Garnishee in the amount of $114.23; that Plaintiff is awarded judgment against Defendant in the amount of $319.00 for recoverable costs and attorney fees; and that Garnishee shall pay its judgment amount to Plaintiff's attorney through the registry of the court, and the Clerk of the court shall note receipt thereof and forthwith disburse such payment to Plaintiff's attorney. Garnishee is advised that the failure to pay its judgment amount may result in execution of judgment, including garnishment.

DONE BY THE COURT this 22nd day of March, 2010.

_____
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

Presented By:

STAMPER RUBENS, P.S.
/s/
_____
MICHAEL H. CHURCH, WSBA #24957
MELODY D. FARANCE, WSBA #34044
EDWARD H. TURNER, WSBA #33573
Attorneys for Plaintiff/Judgment Creditor
mchurch@stamperlaw.com
mfarance@stamperlaw.com
eturner@stamperlaw.com

JUDGMENT AND ORDER TO PAY: 2